**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jerry G. OLIVER, Defendant— Appellant.**

**No. 12–6601.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 14, 2012.

Decided: June 20, 2012.

Jerry G. Oliver, Appellant Pro Se. Cameron Rountree, Special Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry G. Oliver appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Oliver*, No. 2:09–cr–00036–RAJ–FBS–1 (E.D.Va. Feb. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*